UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Pyramid Logistics, Inc. *d/b/a* Reynolds Logistics,<br><br>        Plaintiff,<br>v.<br><br>Top Flight Delivery, Inc.,<br><br>        Defendant. | File No. 24-cv-1843 (ECT/ECW)<br><br><br>**ORDER** |

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on August 1, 2025. ECF No. 27. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 27] is **ACCEPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 25, 2025               s/ Eric C. Tostrud
                                     Eric C. Tostrud
                                     United States District Court